## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MICHELLE L. ORTEGA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 1:21-cv-00235-NT ) |
| PATRICK DOWNEY, | ) ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 25, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision reviewing the Plaintiff's Complaint (ECF No. 5). The Plaintiff filed an objection to the Recommended Decision on September 1, 2021 (ECF No. 7). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

2

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Complaint is **DISMISSED** for lack of subject matter jurisdiction.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 9th day of September, 2021.